## MOTION DOCKET

**97–1920. Gen. Dynamics Land Sys., Inc. v. Tracy.**
Board of Tax Appeals, Nos. 95–A–443 and 95–A–444. On motion for admission *pro hac vice* of David English Carmack and Donald B. Tobin. Motion granted.

On motion to strike portion of fourth merit brief. Motion granted and Sections B, C, D, and E on pages 2–10 are stricken.

LUNDBERG STRATTON, J., dissents.

**98–815. Kopich v. Kopich.**
Hamilton App. No. C–970175. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' entry, filed April 17, 1998:

"[I]t is the Order of this Court that this appeal is certified to the Ohio Supreme Court regarding the following issue upon which the two decisions conflict:

" 'Whether the language "ALL UNTIL FURTHER ORDER OF THIS COURT" appearing as the last paragraph of a divorce decree is sufficient, of itself, to satisfy the requirement of *Ressler v. Ressler* (1985), 17 Ohio St.3d 17 [17 OBR 14], 476 N.E.2d 1032, that a decreeing court must expressly reserve jurisdiction in order to later modify a spousal support award of fixed duration.' "

The conflict case is *Moore v. Moore* (Dec. 27, 1988), Warren App. No. CA88–06–051, unreported. *Sua sponte,* cause consolidated with 98–749, *infra.*

**98–835. State v. Ferguson.**
Franklin App. No. 97APA05–674. On motion for stay. Motion granted.

DOUGLAS and COOK, JJ., dissent.

**98–855. State v. Alexander.**
Cuyahoga App. No. 72028. On motion for leave to file delayed appeal. Motion granted.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**98–904. State v. Herring.**
Mahoning C.P. No. 96CR339. On motion for leave to file delayed appeal. Motion granted.

RESNICK, J., dissents.

**98–908. State v. Davis.**
Cuyahoga App. No. 71853. On motion for leave to file delayed appeal. Motion denied.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**98–936. State v. Williams.**
Lucas App. No. L–96–353. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**98–941. State v. King.**
Stark App. No. 96CA0378. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**98–1046. State v. Hull.**
Greene App. No. 97CA22. On motion for stay. Motion denied.

## DISCRETIONARY APPEALS ALLOWED

**98–739. State v. Rhodes.**
Franklin App. No. 97APA06–793. Discretionary appeal allowed; *sua sponte,* cause consolidated with 98–390, *State v. Brewer,* Clermont App. No. CA97–03–030, and 98–740 and 98–741, *infra.*

PFEIFER, J., dissents.